| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vescovo, Diane K. | Western District of Tennessee | 07/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Fulltime | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

| 7. Chambers or Office Address |
|---|
| 341 Federal Building<br>167 North Main Street<br>Memphis, Tennessee 38103 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Salary - Black McLaren Jones Ryland & Griffee PLC Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | 1st Mortgage on Real Property #1 (Rental) - Destin, FL | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1, Destin, FL, Undivided 1 interest | E | Rent | O | R | | | | | |
| 2. Sovereign Inherent Return Fund, L.P. | | None | | | Distributed | 02/08/16 | J | | |
| 3. 1st Tennessee Bank Accounts | A | Interest | N | T | | | | | |
| 4. Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 5. Metropolitan Bank Accounts | A | Interest | J | T | | | | | |
| 6. Northwestern Whole Life | E | Dividend | M | T | | | | | |
| 7. Sun Whole Life | C | Dividend | L | T | | | | | |
| 8. Raymond James Account | | | | | | | | | |
| 9. --Cash | A | Interest | N | T | | | | | |
| 10. --Kinder Morgan, Inc. | | None | | | Sold | 01/19/16 | K | | |
| 11. --Energy Transfer Partners LP | | None | | | Sold | 01/19/16 | J | | |
| 12. --Energy Transfer Equity | | None | | | Sold | 01/19/16 | K | | |
| 13. --Enterprise Product Partners LP | | None | | | Sold | 01/19/16 | K | D | |
| 14. --Magellan Midstream Partners LP | | None | | | Sold | 01/19/16 | K | E | |
| 15. --Plains All American Pipeline LP | | None | | | Sold | 01/19/16 | J | | |
| 16. --Alger Spectra I | | None | | | Sold | 01/19/16 | K | B | |
| 17. --FPA Crescent Fund | | None | | | Sold | 01/19/16 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Federated Strategic Value IS | | None | | | Sold | 01/19/16 | K | C | |
| 19. --Franklin Income Fund | A | Dividend | | | Sold | 01/19/16 | K | | |
| 20. --Glenmede Small Cap Equity Institutional Shares | | None | | | Sold | 01/19/16 | K | D | |
| 21. --Oakmark International Fund | | None | | | Sold | 01/19/16 | K | | |
| 22. --Clearbridge Aggressive Growth Fund | | None | | | Sold | 01/19/16 | K | | |
| 23. --Nuveen Global Infrastructure I | | None | | | Sold | 01/19/16 | K | B | |
| 24. --Oppenheimer Developing Markets Fund | | None | | | Sold | 01/19/16 | K | | |
| 25. --Riverpark/Wedgewood Fund Institutional | | None | | | Sold | 01/19/16 | K | B | |
| 26. --Scout Mid Cap | | None | | | Sold | 01/19/16 | K | | |
| 27. --SunAmerica Focused Dividend Strategy Port Class A | | None | | | Sold | 01/19/16 | K | B | |
| 28. --Thornburg Investment Income Builder Fund I | A | Dividend | | | Sold | 01/19/16 | K | | |
| 29. --First Trust ETF Financial Alphadex Fund | | None | | | Sold | 01/19/16 | K | D | |
| 30. --First Trust Health Care Alphadex Fund | | None | | | Sold | 01/19/16 | K | E | |
| 31. --iShares U.S. Tech ETF | A | Dividend | K | T | | | | | |
| 32. --iShares U.S. Inds ETF | | None | | | Sold | 01/19/16 | K | E | |
| 33. --Alcentra Cap Corporation | | None | | | Sold | 01/19/16 | K | | |
| 34. --Plains GP Holdings | | None | | | Sold | 01/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --MPLX LP Com Unit Rep LTD | | None | | | Sold | 01/19/16 | J | | |
| 36. --First Eagle Global Fund Class I | B | Dividend | K | T | Sold (part) | 01/19/16 | K | | |
| 37. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 38. --Wells Fargo Advantage Absolute Return Fund | | None | | | Sold | 01/19/16 | K | | |
| 39. --Neuberger Berman Long Short Class A | | None | | | Sold | 01/19/16 | K | | |
| 40. --Blackrock Multi Asset Income Portfolio Fund | A | Dividend | | | Sold | 01/19/16 | K | | |
| 41. --First Trust ETF II Consumer Discretionary Alphadex | | None | | | Sold | 01/19/16 | K | | |
| 42. --Principal Global Diversified Income Fund | B | Dividend | K | T | | | | | |
| 43. --Thornburg Global Opportunities Fund I | | None | | | Sold | 01/19/16 | K | | |
| 44. --Deutsche Global Infrastructure Fund Class S | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 45. --iShares TR Min Vol EAFE ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 46. --iShares TR Min Vol USA ETF | B | Dividend | M | T | Buy | 07/27/16 | M | | |
| 47. --Oppenheimer Fundamental Alternatives Fund | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 48. Raymond James IRA Account | | | | | | | | | |
| 49. --Cash | A | Interest | M | T | | | | | |
| 50. --Alger Spectra Fund | | None | | | Sold | 01/19/16 | K | | |
| 51. --FPA Crescent Fund | | None | | | Sold | 01/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --First Trust ETF Financial Alphadex Fund | | None | | | Sold | 01/19/16 | J | C | |
| 53. --First Trust Health Care Alphadex Fund | | None | | | Sold | 01/19/16 | J | D | |
| 54. --First Trust ETF Industrials Prod Durable | | None | | | Sold | 01/19/16 | J | B | |
| 55. --First Trust ETF Technology Alphadex | | None | | | Sold | 01/19/16 | J | B | |
| 56. --Franklin Income Fund Advisor Class | A | Dividend | | | Sold | 01/19/16 | J | | |
| 57. --Glenmede Small Cap Equity Institutional Class | | None | | | Sold | 01/19/16 | K | C | |
| 58. --Oakmark International Fund | | None | | | Sold | 01/19/16 | J | | |
| 59. --Ivy Asset Strategy Fund I | | None | | | Sold | 01/19/16 | J | | |
| 60. --Oppenheimer Developing Markets | | None | | | Sold | 01/19/16 | J | | |
| 61. --Riverpark/Wedgewood Fund Institutional | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 62. --Scout Mid Cap Fund | | None | | | Sold | 01/19/16 | K | | |
| 63. --Sunamerica Focused Dividend Strategy Fund | | None | | | Sold | 01/19/16 | J | | |
| 64. --Thornburg Investment Income Builder Fund I | A | Dividend | | | Sold | 01/19/16 | K | | |
| 65. --First Eagle Global Fund | | None | | | Sold | 01/19/16 | J | | |
| 66. --Clearbridge Aggressive Growth Fund | | None | | | Sold | 01/19/16 | J | | |
| 67. --First Trust ETF II Consumer Discretionary Alphadex | | None | | | Sold | 01/19/16 | J | | |
| 68. --Prudential Jennison Equity Income Fund | | None | | | Sold | 01/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --Thornburg Global Opportunities Fund I | | None | | | Sold | 01/19/16 | J | | |
| 70.  --Blackrock Multi Asset Income Portfolio Fund | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 71.  --PIMCO Income Fund Class P | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 72.  --Principal Global Diversified Income Fund | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 73.  Raymond James Account | | | | | | | | | |
| 74.  --Cash Regions FDIC | A | Interest | N | T | | | | | |
| 75.  --Kinder Morgan, Inc. | | None | | | Sold | 01/19/16 | J | | |
| 76.  --Williams Companies, Inc. | | None | | | Sold | 01/19/16 | J | | |
| 77.  --Energy Transfer Partners LP | | None | | | Sold | 01/19/16 | J | | |
| 78.  --Energy Transfer Equity | | None | | | Sold | 01/19/16 | K | | |
| 79.  --Enterprise Product Partners LP | | None | | | Sold | 01/19/16 | K | D | |
| 80.  --Magellan Midstream Partners LP | | None | | | Sold | 01/19/16 | K | D | |
| 81.  --Plains All American Pipeline LP | | None | | | Sold | 01/19/16 | K | | |
| 82.  --Alger Spectra I | | None | | | Sold | 01/19/16 | K | B | |
| 83.  --Federated Strategic Value IS | | None | | | Sold | 01/19/16 | K | C | |
| 84.  --Franklin Income Fund | A | Dividend | | | Sold | 01/19/16 | K | | |
| 85.  --Glenmede Small Cap Equity Institutional Shares | | None | | | Sold | 01/19/16 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Oakmark International Fund | | None | | | Sold | 01/19/16 | K | | |
| 87. --Clearbridge Aggressive Growth Fund | | None | | | Sold | 01/19/16 | K | B | |
| 88. --Nuveen Global Infrastructure I | | None | | | Sold | 01/19/16 | K | B | |
| 89. --Oppenheimer Developing Markets Fund | | None | | | Sold | 01/19/16 | K | | |
| 90. --Principal Global Diversified Income Fund | B | Dividend | K | T | | | | | |
| 91. --Riverpark/Wedgewood Fund Institutional | | None | | | Sold | 01/19/16 | K | B | |
| 92. --Scout Mid Cap | | None | | | Sold | 01/19/16 | K | | |
| 93. --SunAmerica Focused Dividend Strategy Port Class A | | None | | | Sold | 01/19/16 | K | A | |
| 94. --Thornburg Investment Income Builder Fund I | A | Dividend | | | Sold | 01/19/16 | K | | |
| 95. --First Trust ETF Financial Alphadex Fund | | None | | | Sold | 01/19/16 | K | D | |
| 96. --First Trust Health Care Alphadex Fund | | None | | | Sold | 01/19/16 | L | E | |
| 97. --iShares U.S. Tech ETF | A | Dividend | L | T | | | | | |
| 98. --iShares U.S. Inds ETF | | None | | | Sold | 01/19/16 | L | E | |
| 99. --Neurberger Berman Long Short Fund Class A | | None | | | Sold | 01/19/16 | K | | |
| 100. --Alcentra Cap Corporation | | None | | | Sold | 01/19/16 | K | | |
| 101. --Plains GP Holdings | | None | | | Sold | 01/19/16 | J | | |
| 102. --First Eagle Global Fund Class I | B | Dividend | K | T | Sold (part) | 01/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 104. --First Trust ETF II Consumer Discretionary Alphadex | | None | | | Sold | 01/19/16 | K | | |
| 105. --Thornburg Global Opportunities Fund I | | None | | | Sold | 01/19/16 | K | | |
| 106. --Deutsche Global Infrastructure Fund Class S | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 107. --iShares TR Min Vol EAFE ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 108. --iShares TR Min Vol USA ETF | B | Dividend | M | T | Buy | 07/27/16 | M | | |
| 109. --Oppenheimer Fundamental Alternatives Fund | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 110. Raymond James IRA Account | | | | | | | | | |
| 111. --Cash | A | Interest | O | T | | | | | |
| 112. --Alger Spectra Fund | | None | | | Sold | 01/19/16 | K | | |
| 113. --FPA Crescent Fund | | None | | | Sold | 01/19/16 | L | C | |
| 114. --Federated Strategic Value Dividend Fund | | None | | | Sold | 01/19/16 | K | C | |
| 115. --Franklin Income Fund Advisor Class | | None | | | Sold | 01/19/16 | K | | |
| 116. --Glenmede Small Cap Equity Institutional Class | | None | | | Sold | 01/19/16 | K | D | |
| 117. --Oakmark International Fund | | None | | | Sold | 01/19/16 | K | | |
| 118. --Ivy Asset Strategy Fund I | | None | | | Sold | 01/19/16 | K | | |
| 119. --Clearbridge Aggressive Growth Fund I | | None | | | Sold | 01/19/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Oppenheimer Developing Markets | | None | | | Sold | 01/19/16 | K | | |
| 121. --Principal Global Diversified Income Fund | A | Dividend | K | T | Sold (part) | 01/19/16 | K | | |
| 122. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 123. --Prudential Jennison Equity Income Fund | | None | | | Sold | 01/19/16 | K | | |
| 124. --Riverpark/Wedgewood Fund Institutional | A | Dividend | | | Sold | 01/19/16 | K | A | |
| 125. --Scout Mid Cap Fund | | None | | | Sold | 01/19/16 | K | | |
| 126. --Sunamerica Focused Dividend Strategy Fund | | None | | | Sold | 01/19/16 | K | | |
| 127. --Thornburg Investment Income Builder Fund I | A | Dividend | | | Sold | 01/19/16 | K | | |
| 128. --Wells Fargo Advantage Absolute Return Fund | | None | | | Sold | 01/19/16 | K | | |
| 129. --JP Morgan Alerian MLP Index Bond | | None | | | Sold | 01/19/16 | K | | |
| 130. --Neuberger Berman Long Short Fund Class A | | None | | | Sold | 01/19/16 | K | | |
| 131. --Blackrock Multi Asset Income Portfolio Fund | A | Dividend | K | T | Sold (part) | 01/19/16 | K | | |
| 132. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 133. --First Eagle Global Fund Class I | | None | | | Sold | 01/19/16 | K | | |
| 134. --JPMorgan Income Builder Fund | | None | | | Sold | 01/19/16 | K | | |
| 135. --Thornburg Global Opportunities Fund I | | None | | | Sold | 01/19/16 | K | | |
| 136. --PIMCO Income Fund Class P | A | Dividend | K | T | Buy | 07/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1: Property was purchased on 8/31/04 for the purchase price of $645,000.

Line 41: This stock was formerly known as "Markwest Energy Partners".

Lines 8, 48, 73, and 110: These are "header" lines, thus columns B through D are left blank.

Lines 10-12, 15, 19, 21-22, 24, 26, 28, 33-36, 38-41, 43, 50, 56, 58-60, 62-69, 75-78, 81, 84, 86, 89, 92, 94, 99-102, 104-105, 112, 115, 117-121, 123, 125-131, and 133-135: There was realized losses on the sales of these securities, thus no code is required in Column D4.

**FINANCIAL DISCLOSURE REPORT**

Page 13 of 13

Name of Person Reporting

Vescovo, Diane K.

Date of Report

07/14/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane K. Vescovo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544